No. 90–606.  LEE v. NGUYEN ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–607.  ADAMS v. MISSOURI.  Ct. App. Mo., Western Dist.  Certiorari denied.

No. 90–613.  BLACK CRYSTAL CO., INC. v. FIRST NATIONAL BANK OF LOUISVILLE.  C. A. 6th Cir.  Certiorari denied.

No. 90–614.  PROBASCO v. COLORADO.  Sup. Ct. Colo.  Certiorari denied.

No. 90–619.  MID-COUNTY FUTURE ALTERNATIVES COMMITTEE ET AL. v. CITY OF PORTLAND ET AL.  Sup. Ct. Ore.  Certiorari denied.

No. 90–630.  KEATING, EXECUTIVE OFFICER OF THE PUBLIC EMPLOYEES' RETIREMENT SYSTEM, ET AL. v. NEVADA EMPLOYEES' ASSN., INC., ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 90–650.  POUR v. MISSISSIPPI MEDICAL LICENSURE BOARD.  C. A. 5th Cir.  Certiorari denied.

No. 90–657.  KEMPER FINANCIAL SERVICES, INC. v. KAMEN.  C. A. 7th Cir.  Certiorari denied.

No. 90–667.  BRINGLE ET UX. v. SUGARMAN, SECRETARY, WASHINGTON STATE DEPARTMENT OF SOCIAL AND HEALTH SERVICES.  C. A. 9th Cir.  Certiorari denied.

No. 90–671.  CHRISTENSEN v. WARD ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 90–686.  CHRISTIAN GOSPEL CHURCH, INC. v. CITY AND COUNTY OF SAN FRANCISCO.  C. A. 9th Cir.  Certiorari denied.

No. 90–697.  MERTZ v. SULLIVAN, SECRETARY OF HEALTH AND HUMAN SERVICES.  C. A. 11th Cir.  Certiorari denied.